IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| JEROME THOMAS, | * | |
| Plaintiff | * | |
| vs. | * | |
| | | CASE NO. 4:07-CV-154(CDL) |
| CECIL THOMAS, DOROTHY SMITH, ANDREW KOTH, et al., | * | |
| | * | |
| Defendants | * | |

ORDER ON REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on September 28, 2007, is hereby approved, adopted, and made the Order of the Court. Plaintiff's complaint is dismissed without prejudice pursuant to *Heck v. Humphrey,* 512 U.S. 477 (1994).

The objections of the Plaintiff have also been thoroughly considered and are found to be without merit.

IT IS SO ORDERED, this 7th day of November, 2007.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE